Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N Ravenswood Ave
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
KATHLEEN HESEMAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHLEEN HESEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSIFIED CONSULTANTS, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | **Case No.: 2:14-cv-01258-WBS-EFB** <br><br> **NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

Plaintiff, KATHLEEN HESEMAN ("Plaintiff"), through her attorney, Michael S. Agruss, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

Agruss Law Firm, LLC

September 4, 2014                             By: /s/ Michael S. Agruss
                                                                    Michael S. Agruss
                                                                    Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

On September 4, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defendant's counsel, Debbie Kirkpatrick, at dkirkpatrick@sessions-law.biz.

By: /s/Michael S. Agruss
**Michael S. Agruss**