Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N Ravenswood Ave, Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
KATHLEEN HESEMAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN HESEMAN, ) | |
| ) | |
| Plaintiff, ) | **Case No.: 2:14-cv-01258-WBS-EFB** |
| v. ) | |
| ) | |
| ) | **Stipulation of Dismissal** |
| DIVERSIFIED CONSULTANTS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

respective counsel that the above-captioned action is voluntarily dismissed, with prejudice

in its entirety the defendant(s) DIVERSIFIED CONSULTANTS, INC pursuant to the Federal Rules

of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 3, 2014

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

By: _/s/Michael S. Agruss_____
        Michael S. Agruss (SBN: 259567)
        AGRUSS LAW FIRM, LLC
        4619 N Ravenswood Ave
        Chicago, IL 60640
        Tel: 312-224-4695
        Fax: 312-253-4451
        michael@agrusslawfirm.com
        Attorney for Plaintiff,
        KATHLEEN HESEMAN

Respectfully Submitted,

By: /s/ Debbie Kirkpatrick
        Debbie Kirkpatrick, Esq
         (SBN: 207112)
        Sessions, Fishman, Nathan
        & Israel, L.L.C.
        1545 Hotel Circle South
        Suite 150
        San Diego, CA 92108
        Phone: 619-758-1891
        Fax: 619-296-2013
        dkirkpatrick@sessions-law.biz
        Attorney for Defendant